July 24, 1908.). Action by Minnie E. O'Connor and others against George J. Bauer. No opinion. Order previously entered herein amended, so as to award costs and disbursements to plaintiffs. In all other respects motion is denied, without costs. See 111 N. Y. Supp. 869.

O'CONNOR, Respondent, v. MANLEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by John J. O'Connor against Lucius N. Manley and John W. Petry, as executors, etc., of Mary Appleton, deceased. No opinion. Judgment and order unanimously affirmed, with costs.

O'CONNOR, Respondent, v. RED STAR TRADING STAMP CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Anna M. O'Connor against the Red Star Trading Stamp Company. No opinion. Judgment and order affirmed, with costs.

OLDMIXON, Respondent, v. SEVERANCE, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by John C. Oldmixon against William H. Severance. I. H. Harris, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 119 App. Div. 821, 104 N. Y. Supp. 1042.

OLMSTEAD, Respondent, v. F. W. WOOL-WORTH & CO., Appellants. (Supreme Court Appellate Division, First Department. October 16, 1908.) Action by Allen S. Olmstead against F. W. Woolworth & Co. A. Foulds, Jr., for appellants. O. W. Jeffery, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

OLSHAN, Respondent, v. OLSHAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Bella Olshan against Samuel Olshan.
PER CURIAM. Motion for stay granted, upon condition that the defendant pay to the plaintiff within 10 days all arrears of alimony; otherwise, motion denied, with $10 costs. The order may also provide for weekly payments to plaintiff of $10 until the determination of this appeal.

ONE DOLLAR SKIRT CO. v. GLUCK. (Supreme Court, Appellate Division. First Department. November 6, 1908.) Action by the One Dollar Skirt Company against Sidonie Gluck. From an order denying an injunction pendente lite, plaintiff appeals. Affirmed. Nelson L. Keach, for appellant. S. M. Kronheimer, for respondent.
PER CURIAM. Whether or not the plaintiff is entitled to an injunction in this case should be determined upon the trial of the action. The order appealed from should be affirmed, with $10 costs and disbursements.

O'NEIL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Martha A. O'Neil against the city of New York. No opinion. Motion denied.

O'ROURKE v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Belinda J. O'Rourke against the board of education. No opinion. Motion granted, with $10 costs. Order filed.

OSBORN, Appellant, v. WILLS, Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by John Osborn against Charles T. Wills. No opinion. Judgment affirmed, with costs.

OSBORNE, Appellant, v. O'NEIL, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Mary E. Osborne against Daniel O'Neil. R. J. Donovan, for appellant. W. J. Martin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

OTIS, Respondent, v. SANDLER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Walker L. Otis against Julius S. Sandler and others. B. Frindel, for appellants. A. E. Pressinger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

OUDERKIRK et al., Appellants, v. BAY-LESS PULP & PAPER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Firman Ouderkirk and another against the Bayless Pulp & Paper Company.
PER CURIAM. Judgment affirmed, with costs.
WILLIAMS, J., dissents.

OZOGAR, Respondent, v. PIERCE, BUT-LER & PIERCE MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Andrew Ozogar against the Pierce, Butler & Pierce Manufacturing Company. No opinion. Order affirmed, with costs. See, also, 55 Misc. Rep. 579, 105 N. Y. Supp. 1087.

PACIFIC COAST BORAX CO., Respondent, v. WARING, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by the Pacific Coast Borax Company against Vechten Waring. No opinion. Motion granted. See, also, 112 N. Y. Supp. 458.

PARAGON PLASTER CO., Respondent, v. CRUCIBLE STEEL CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by the Paragon Plaster Company against the Crucible Steel Company of America. No opinion. Motion granted, and order of reversal previously entered modified nunc pro tunc, so as to provide for reversal of that part of the order only which grants an additional allowance.

PARK, Respondent, v. RICHMOND LIGHT & R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. October 16,

1908.) Action by John Park against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

PARKS, Appellant, v. ALLEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Charles Parks against William Allen.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents.

---

PEOPLE v. BOW. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against Louis Bow. No opinion. Motion granted. Order filed.

---

PEOPLE v. DAINER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against David Dainer. No opinion. Motion granted. Order filed.

---

PEOPLE, Respondent, v. DILLON, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Proceedings by the people of the state of New York against James Dillon. P. A. McManus, for appellant. R. S. Johnstone, for the People. No opinion. Judgment and order affirmed, on authority of People v. Spier, 120 App. Div. 786, 105 N. Y. Supp. 741. Order filed.

---

PEOPLE v. FERRO. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against Joseph Ferro. No opinion. Motion granted. Order filed.

---

PEOPLE v. GENOVESE. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against Samuel Genovese. No opinion. Motion granted. Order filed.

---

PEOPLE v. GETZOFF. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against Samuel Getzoff. No opinion. Order filed.

---

PEOPLE, Respondent, v. HEMLEB, Appellant. (Supreme Court, Appellate Division, Second Department, October 22, 1908.) Proceedings by the people of the state of New York against Henry Hemleb. No opinion. Motion denied. See, also, 127 App. Div. 356, 111 N. Y. Supp. 690.

---

PEOPLE v. JACKSON. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Appeal from Court of Special Sessions of City of New York. John Jackson was convicted for keeping a disorderly house, and he appeals. Reversed. J. L. Prager, for appellant. Alexander A. Mayper, for respondent.

PER CURIAM. We do not consider that the evidence of defendant's guilt was of the convincing character required to support a conviction upon a criminal prosecution. The judgment of conviction must therefore be reversed.

---

PEOPLE, Respondent, v. LIBERMAN DAIRY CO., Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Proceedings by the people of the state of New York against the Liberman Dairy Company. A. W. Weil, for appellant. H. W. Bridges, for the People. No opinion. Judgment affirmed, with costs on People v. Koster, 121 App. Div. 853, 106 N. Y. Supp. 793, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed. See, also, 59 Misc. Rep. 22, 109 N. Y. Supp. 1067.

---

PEOPLE v. LOGAN. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Arthur Logan was convicted of a public offense, and he appeals. Affirmed.

PER CURIAM. Judgment and order affirmed.

KRUSE, J. (dissenting). I dissent upon the following grounds: · (1) It was prejudicial error to permit proof of the action for false arrest, and comment thereon, as was done. The court should have charged regarding the same as requested. (2) But for this fact, and proof of general bad character of the defendant, which was likewise improper under the circumstances (People v. Hinksman, 192 N. Y. 421, 85 N. E. 676), it is not at all likely that the jury would have convicted the defendant. The case at best is very close upon the evidence. I therefore vote for reversal.

---

PEOPLE, Appellant, v. LUDINGTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Proceedings by the people of the state of New York against Varnum V. Ludington. No opinion. Judgment affirmed.

---

PEOPLE v. MERCHANTS' TRUST CO. et al. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Proceedings by the people of the state of New York against the Merchants' Trust Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

PEOPLE v. MILLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against Samuel Miller. No opinion. Motion granted. Order filed.

---

PEOPLE v. POILLON. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against Charlotte Poillon. No opinion. Motion granted. Order filed.

---

PEOPLE v. POILLON. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York against Katherine Poillon. No opinion. Motion granted. Order filed.

---

PEOPLE v. POLITO. (Supreme Court, Appellate Division, Fourth Department. Novem-